May 28, 1907.) Action by Frederic W. Gardner against The Roycrofters and Elbert Hubbard. No opinion. Motion to dismiss appeal denied, with $10 costs. See 103 N. Y. Supp. 635, 637.

GARGUILO, Respondent, v. CAHN et al., Appellants. (Supreme Court, Appellate Division. Second Department. July 23, 1907.) Action by Pasquale Garguilo against Hugo Cahn and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GASKELL, Respondent, v. SIMPKINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Alfred Gaskell against Charles W. Simpkins. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re GATES' WILL. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) ·In the matter of the probate of the will of Martha Gates, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, and the questions of fact ordered to be tried by' and before a jury in the Supreme Court at a term to be convened in the county of Jefferson on the first Monday of October, 1907. *Held* that, in accordance with the rule adopted by this court in Matter of Burtis' Will, 107 App. Div. 51, 94 N. Y. Supp. 961, Matter of Drake's Will, 45 App. Div. 206, 60 N. Y. Supp. 1020, and Matter of Dixon's Will, 42 App. Div. 481, 59 N. Y. Supp. 421, we think the questions of fact should be passed upon by a jury.

WILLIAMS and ROBSON, JJ., dissent.

GEORGE A. OHL & CO., Appellants, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by George A. Ohl & Co. against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs. See 98 N. Y. Supp. 1103.

GERMAN–AMERICAN BANK, Respondent, v. FLECKENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by the German-American Bank against George V. Fleckenstein and another.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

GERMANIA LIFE INS. CO., Appellant, v. LYNCH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by the Germania Life Insurance Company against Peter Lynch, as administrator, and others. H. D. Bailey, for appellant. L. E. Griffith, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILROY, Respondent, v. THALMAN et al., Appellants (three cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Actions by Alexander B. Gilroy against Ernest Thalman and others. J. M. Marshall, for appellants. L. Salant, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

GINDER, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Mary Ginder against Eugene B. Howell, as receiver of the Long Island Real Estate Exchange & Investment Company. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

GIRARD et al., Appellants, v. GREGORY, Respondent. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Henry Girard and another, as administrators, etc., of Charles Girard, deceased, against George Gregory.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., not voting.

GIULIANO, Appellant, v. F. W. SEAGRIST, JR., CO., Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Biagio Giuliano against the F. W. Seagrist, Jr., Company. J. A. Foley, for appellant. A. Van Winkle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GLACKEN, Respondent, v. BORNN & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by William J. Glacken against Bornn & Co. No opinion. Interlocutory judgment affirmed, with costs.

GLADD, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division. Second Department. June 7, 1907.) Action by Edmund J. Gladd against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. Judgment and order of the County Court of Queens county reversed, and new trial ordered, costs to abide the event, for error in the charge at folio 303, to the effect that the measure of the defendant's duty with respect to the plaintiff while on the highway was the exercise of the highest degree of care and prudence and the utmost skill and foresight.

GLEASON, Respondent, v. JAMES CUNNINGHAM & SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Elizabeth Gleason, as, etc., against the James Cunningham & Sons Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. *Held*, that the complaint is so comprehensive